1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail:Marc_RK.office@speakeasy.net
5
   Attorneys for Plaintiff Mark Garcia
6

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9                    **FRESNO DIVISION**

10

11 | MARK GARCIA,                          ) Case No.: 1:10-CV-00021 SKO
                                          )
12 |         Plaintiff,                    ) STIPULATION FOR DISMISSAL
                                          ) WITH PREJUDICE AND ORDER
13 |     vs.                               )
                                          )
14 | MICHAEL J. ASTRUE,                    )
     Commissioner of Social Security,      )
15                                         )
             Defendant.                    )
16                                         )
                                          )
17

18      TO THE HONORABLE Sheila K. Oberto, United States District Court,

19 MAGISTRATE JUDGE OF THE DISTRICT COURT:

20 ///

21 ///

22 ///

23 ///

24 ///

25

26

                                  -1-

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (A) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: 6/29/10          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Mark Garcia

DATE: 6/29/10

BENJAMIN B. WAGNER
United States Attorney

*/s/- *Shea L. Bond*

Shea L. Bond
Special Assistant United States Attorney
Attorneys for Defendant
(Per e-mail authorization)

## **ORDER**

Upon the parties' stipulation, it is ORDERED that this matter be dismissed with prejudice, with each side to bear its own costs.

IT IS SO ORDERED.

Dated:   **July 6, 2010**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE